UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022
```

JVON ADAMS,

                Plaintiff,

  -against-

CITY OF MOUNT VERNON; PETER VITELLI;
ANTHONY MCEACHIN; VINCENT STUFANO;
and JOHN OR JANE DOE 1–10,

                Defendants.

No. 21 CIV 10352 (NSR)

**AMENDED ORDER**

NELSON S. ROMÁN, United States District Judge:

      Plaintiff Jvon Adams ("Plaintiff") commenced this action against Defendants City of Mount Vernon, Peter Vitelli, Anthony McEachin, Vincent Stufano, and John or Jane Doe 1–10 ("Defendants") on December 4, 2021. (ECF No. 1.) At the time of filing, Plaintiff was informed that the pleading is deficient because the Complaint is missing the signature of the ECF filing attorney and because a Civil Cover Sheet has not been filed. (*See* Notices to Attorney dated December 6, 2021.) On April 28, 2022, the Court ordered Plaintiff to show cause by May 6, 2022 why this action should not be dismissed for his failure to take any steps to advance this action since December 4, 2021. (ECF No. 2.) The April 28, 2022 Order further warned that failure to comply with the Order would result in dismissal of this action. (*Id.*)

1

2

    As Plaintiff has not responded to the April 28, 2022 Order, the instant action is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of Court is respectfully directed **to close the case.**

Dated:   May 13, 2022                                                SO ORDERED:
           White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge